**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 28, 2026**



The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  　　　　　　　　　　　　　　　　CHAPTER 13 PROCEEDING
RICHARD DWAYNE PITTMAN  　　　　　　　　　　　20-51738 KMS
714 C Street
Columbia, MS  39429  　　　　　　　　　　　　　　　SSN:  XXX-XX-6359

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    CITY OF COLUMBIA
    201 2ND STREET
    COLUMBIA, MS  39429

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net